AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LIZ MARIBEL LIMACO LEYVA, LEYDY LUANA LOPEZ-LIMACO, AND GIANELLA FABIANA LOPEZ LIMACO,<br>*Plaintiff*<br>v.<br>KRISTI NOEM AND TODD LYONS,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:25-cv-03092-MKD |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2025

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Temporary Restraining Order, ECF No. 3, is DENIED. Plaintiffs' Complaint, ECF No. 1, is DISMISSED without prejudice for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(h)(3).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Mary K. Dimke

Date: 6/27/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams